Entered on Docket
February 24, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 23, 2010



_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge

JaVonne M. Phillips, Esq. SBN 187474
Jeffrey S. Totah, Esq. SBN 220287
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800 Ext. 3768
Fax (619) 685-4810

Attorney for: Secured Creditor,
Residential Credit Solution, its assignees and/or ~~successors~~

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br>Ross Anthony Gonzales,<br>Iryna O Gonzales,<br>Debtors. | ) Case No. 09-70996 N<br>)<br>) Chapter 7<br>)<br>) RS No. CMS-4656<br>)<br>) **ORDER ON MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY**<br>)<br>) Date: 2/17/2010<br>) Time: 10:30AM<br>) Ctrm: 220<br>) Place: 1300 Clay Street<br>) Oakland, CA<br>)<br>) Judge: RANDALL J. NEWSOME<br>) |

The motion of Secured Creditor, Residential Credit Solution, its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable RANDALL J. NEWSOME. Movant, Residential Credit Solution, its assignees and/or successors, appeared by and through its

Attorney of Record, McCarthy & Holthus, LLP by Jeffrey S. Totah, Esq. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant, Residential Credit Solution, its assignees and/or successors, in the real property commonly known as 5028 Nortonville Way, Antioch, CA 94531.

IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is **not** waived upon relief.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

COUNSEL FOR DEBTORS
Peter C. Pappas
Law Offices of Peter C. Pappas
2400 Sycamore Drive #40
Antioch, CA, 94509

TRUSTEE
Paul Mansdorf
1563 Solano Avenue #703
Berkeley, CA, 94707

U.S. Trustee
Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

DEBTORS
Ross Anthony Gonzales
5028 Nortonville Way
Antioch, CA 94531

Iryna O Gonzales
5028 Nortonville Way
Antioch, CA 94531

ATTORNEY FOR MOVANT,
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101